1  **STUART BARASCH**
   California Bar #74108
2  925 - 41ST Street
   Miami Beach, FL 33140
3  (305) 673-8366
   (800) 445-2930
4  Fax (213) 621-2536
   Email: sblawoffice@aol.com
5
   Attorney for Plaintiff
6

7

8                   **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | PATRICIA C. ROBINSON,                    | CASE NO. 1:04-cv-6026 TAG
12 |                                          |
   |              Plaintiff(s),               | Hon. Theresa A. Goldner
13 |                                          | United States Magistrate Judge
   | v.                                       |
14 |                                          |
   | JO ANNE B. BARNHART, Commissioner        | MOTION TO DISMISS THE COMPLAINT;
15 | of Social Security,                      | AND PROPOSED ORDER
   |                                          |
16 |              Defendant(s).               |

17

18         PLEASE TAKE NOTICE that Plaintiff Patricia C. Robinson, through her attorney of record,
19 petitions this Court to dismiss the complaint filed on July 29, 2004. The reason for this motion, is
20 that after a thorough review of the administrative record, plaintiff's counsel has come to the
21 conclusion that this action lacks merit. Plaintiff's has conferred with plaintiff, who has agreed to
22 dismiss her complaint. Attached hereto as exhibit "A" is plaintiff's acknowledgment to dismiss.
23 Dated:  June 15, 2005                              Respectfully submitted,
24
25                                                    S/ Stuart Barasch
                                                      STUART BARASCH
26                                                    Attorney for Plaintiff
27
28


## ORDER

On this date came on to be considered the Motion to Dismiss the Complaint. The Court is of the opinion that plaintiff's request should be **GRANTED**.

It is, therefore, **ORDERED** that plaintiff's complaint be dismissed.

**SIGNED** this _16th_ day of _June_, 2005.

*Theresa A. Goldner*
HON. THERESA A. GOLDNER
U.S. MAGISTRATE JUDGE

**LAW OFFICES OF STUART BARASCH**
767 N. Hill Street, Suite 220
Los Angeles, CA 90012
(213) 621-7622 * (800) 445-2930
Fax: (213) 621-2536

May 6, 2005

Patricia C. Robinson
2639 E. Madison
Fresno, CA 93701

**RE:  Social Security Disability and/or SSI**

Dear Ms. Robinson:

Please be advised that I can no longer represent you with respect to your Federal District Court Appeal on your Social Security Disability Claim

After a thorough review and analysis of the entire medical record and the testimony given at the hearing, I wrote a summary of reasons why your case should be reheard. This summary is required by the federal judge before final briefing before the Court. The summary was sent to counsel for the Commissioner of Social Security.

Only after this summary of reasons for reversal of the administrative law judge's decision is sent to the Commissioner, does the Federal District Court allow further briefing before it.

Unfortunately, the Commissioner has rejected our summary of reasons for reversal. Briefing before the Federal Court is now due.

However, I must decline your case for briefing at the Federal Court, because my analysis of the facts, tells me that there is little likelihood of success in Court. Evidence in the file tends to diminish the strength of the legal challenges, I brought to the Commissioner's attention. For this reason, I must decline further briefing on your behalf.

If you wish to dismiss this matter at this time, in light of the above explanation, you may indicate below. If not please indicate if you wish to represent yourself or seek other counsel and I will cooperate with your new counsel.

Very truly yours,

STUART BARASCH

SB:og

☑  I agree to dismiss my U.S. District Court case.

☐  I'm interested in pursuing my claim in Federal District Court and I'm returning the signed Substitution of Attorney form.

*Patricia Robinson*
PATRICIA C. ROBINSON

- EXHIBIT "A" -